## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### ORLANDO DIVISION

Yuliya Glazman,

    *Plaintiff,*

    v.

Citigroup, Inc.,

    *Defendant.*

Case No. 6:26 CV-555-CEM-NWH

## MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY
## AS A PRO SE LITIGANT

Plaintiff Yuliya Glazman, proceeding pro se, respectfully moves this Court for an order authorizing Plaintiff to file documents electronically through the Court's Case Management/Electronic Case Files ("CM/ECF") system pursuant to the Administrative Procedures for Electronic Filing, Section II(A)(2). In support, Plaintiff states:

1.    The Administrative Procedures for Electronic Filing of the United States District Court for the Middle District of Florida provide that a pro se

litigant may file documents electronically when authorized by the Court. Administrative Procedures § II(A)(2).

2.    Plaintiff is capable of preparing documents in PDF format, filing documents through CM/ECF, and complying with the Administrative Procedures, the Local Rules, and the Federal Rules of Civil Procedure governing electronic filing.

3.    Electronic filing will promote judicial economy by reducing the burden on the Clerk's Office to scan and docket paper filings, will ensure timely service on all parties through the CM/ECF notice system, and will facilitate efficient case management.

4.    Plaintiff has reviewed the Court's CM/ECF User Manual and the training materials available on the Court's website and is prepared to comply with all requirements for electronic filing, including document formatting, redaction obligations under Federal Rule of Civil Procedure 5.2, and the technical requirements set forth in Administrative Procedures § IV.

5.    Plaintiff will maintain a current email address, mailing address, and telephone number in CM/ECF as required by Administrative Procedures § II(D), and will protect and secure any login credentials issued by the Clerk as required by Administrative Procedures § II(C).

6.    Plaintiff consents to electronic service of all documents filed in this action through CM/ECF in accordance with the Federal Rules of Procedure, as provided in Administrative Procedures § II(B)(2).

WHEREFORE, Plaintiff respectfully requests that the Court enter an order authorizing Plaintiff to file documents electronically through CM/ECF as a pro se litigant in this action.

Date: March 16, 2026                                Respectfully submitted,

                                                    Yuliya Glazman
                                                    Pro Se Plaintiff
                                                    2110 Thousand Trails Road
                                                    Clermont, FL 34714
                                                    Telephone: [PHONE]
                                                    yglazman@gmail.com