## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**YULIYA GLAZMAN,**

      **Plaintiff,**

**v.**                            **Case No. 6:26-CV-00555-CEM-NWH**

**CITIGROUP, INC.,**

      **Defendant.**

_____

### DEFENDANT CITIGROUP, INC.'S
### RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (D.E. 16)

Defendant, Citigroup, Inc.[1] (hereinafter "Citi") by and through its undersigned counsel and pursuant to the Court's April 14, 2026 Order to Show Cause (D.E. 16), responds as follows:

---

[1] Plaintiff was employed by Citibank, N.A. and has incorrectly filed suit against Citigroup, Inc.

## I.  FACTUAL BACKGROUND

On March 16, 2026, Plaintiff filed her Complaint raising various claims including gender and pay discrimination under federal and state law. In lieu of filing an answer, Citi filed a Motion to Dismiss and to Compel Arbitration pursuant to a valid arbitration agreement between the Parties. (D.E. 10). On April 10, 2026, Citi moved to stay discovery in this case pending the Court's Order on its Motion to Dismiss and to Compel Arbitration (D.E. 14). Both Motions are currently pending before this Court.

## II.  RESPONSE

Citi takes no position with respect to the transfer of this case from the Orlando Division to the Ocala Division as Citi has moved to dismiss this action and compel arbitration.[2]

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2] Citi files this Response in compliance with the Court's Order (D.E. 16). This response should not be construed as an intent to litigate this action in lieu of arbitration. *See Cheshire v. Fitness & Sports Clubs, LLC*, 382 F. Supp. 3d 1329, 1334 (S.D. Fla. 2019) (discussing activity impacting waiver of arbitration); *see also Citibank, N.A. v. Stok & Assocs.*, P.A., 387 F. App'x 921, 924 (11th Cir. 2010) (same).

DATED this 23rd day of April, 2026.

Respectfully submitted,

JACKSON LEWIS P.C.

By:   */s/ Stephanie Adler-Paindiris*
Stephanie Adler-Paindiris
Florida Bar No. 0523283
stephanie.adler-
paindiris@jacksonlewis.com
390 North Orange Avenue, Ste. 1285
Orlando, Florida 32801
Tele:   (407) 246-8440
Fax:   (407) 246-8441

Melissa M. Castillo
Florida Bar No. 1025338
melissa.castillo@jacksonlewis.com
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, FL 33602
Tele: (813) 512-3210
Fax:  (813) 512-3211

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a copy was electronically furnished via email to yglazman@gmail.com and U.S. Mail to Yuliya Glazman, 2110 Thousand Trails Road, Clermont, FL 34714, *Pro Se Plaintiff.*

*/s/ Stephanie Adler-Paindiris*
Stephanie Adler-Paindiris

3