# Exhibit A



April 24, 2026

Who may concern:

My name is Mariela Santiago, I am a licensed Speech-Language Pathologist (SA-19602 CCC-SLP) practicing at Skills - Speech and Occupational Clinic. I provide this letter at the request of Yuliya Glazman concerning her children, Child A and Child B who are active patients under my care.

Child A has received speech-language therapy under my care for approximately four (4) years. Child B enrolled approximately one (1) month ago and is in the early, foundational phase of treatment. Child A attend two sessions per week and Child B attend one session per week on the following recurring schedule:

·  Monday 9:00 a.m. — 9:30am

·  Monday 9:30 a.m. — 10:00am

·  Tuesday 8:30 a.m. — 9:00am

Pursuant to this schedule, Child A has a scheduled session on Tuesday, April 28, 2026, at 8:30 a.m.

Consistent attendance is clinically important to speech-language outcomes. Missed sessions disrupt skill acquisition, progress monitoring, and treatment continuity, particularly during the early phase of treatment applicable .

Respectfully,

Mariela Santiago, MS CCC-SLP